# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

CHICAGO TILE INSTITUTE WELFARE PLAN, et. al.

Docket Number: 08CV 2557

Assigned Judge: JUDGE SHADUR
MAGISTRATE JUDGE MASON

v.

Designated Magistrate Judge:

URBAN TILE AND CARPET CORP.

TO:  Urban Tile and Carpet Corp.
Mr. Richard W. Urban
Registered Agent
60 S. Will Road
Diamond, IL 60416

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. McGuire
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

Date: May 6, 2008




GRUNDY CO S.O.

RECORD OF CIVIL PROCESS

DOCKET NUMBER:08-0699  
CASE NUMBER:08CV2557  
DIE DATE:05/26/08  
PERSONAL SERVICE ONLY:YES  

SERVICE FEE: _72_  
PAID BY: (CHECK) CASH  
BILLED_____ DATE:_____

TYPE OF DOCUMENT:SUMMONS & COMPLAINT

PERSON TO SERVE:RICHARD, URBAN  
RESIDENCE OR BUSINESS ADDRESS:60 S. WILL RD.  
                              DIAMOND, IL 60416  
URBAN TILE * CARPET CORP.

RE:CHICAGO TILE INST.                           COPY MAILED:            DATE:

DATES AND TIMES OF ATTEMPTED SERVICES:

1) DATE:_____ TIME:_____ DEPUTY:_____ #_____  
2) DATE:_____ TIME:_____ DEPUTY:_____ #_____  
3) DATE:_____ TIME:_____ DEPUTY:_____ #_____  
4) DATE:_____ TIME:_____ DEPUTY:_____ #_____  
5) DATE:_____ TIME:_____ DEPUTY:_____ #_____  

NOTIFICATION CARD LEFT:____YES____NO     DATE:_____ TIME:_____

SERVICE INFORMATION:

PERSON SERVED: 1) _Rich Urban_                          DATE OF BIRTH:_____  
               _[signature]_  
               SIGNATURE

2) _____                      DATE OF BIRTH:_____  
   _____  
   SIGNATURE

3) _____                      DATE OF BIRTH:_____  
   _____  
   SIGNATURE

MALE _X_ FEMALE____   RACE: WHITE _X_ BLACK____ HISPANIC____ OTHER____ MILEAGE____

RELATIONSHIP TO DEFENDANT:   SELF _X_   SPOUSE____   MEMBER OF FAMILY_____   EXPLAIN:_____

ADDRESS SERVED: _SAME_

DESCRIPTION OF BLDG OR HOUSE:_____   DATE SERVED: _5-9-2008_

TIME: _0842_  DEPUTY SIGNATURE: _Lauren Johnson_ # _G-94_

ATTY: _StevProcess_         DATE RETURNED: ATTY _5-9-08_   COURT FILE_____

CHECK RETURNED TO ATTY: YES____ NO____   AMOUNT: _72_   CHECK NO: _9954_