## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, and CHICAGO TILE INSTITUTE PENSION PLAN, | ) ) ) ) |
| Plaintiffs, | ) 08 C 2557 ) Judge Shadur |
| v. | ) ) |
| URBAN TILE AND CARPET CORP. | ) ) |
| Defendant. | ) |

### *Notice of Motion*

To   Mr. Richard W. Urban
     Urban Tile and Carpet Corp.
     60 S. Will Road
     Diamond, IL 60416

   PLEASE TAKE NOTICE that on September 2, 2008, I shall appear before the Honorable Judge Shadur at approximately **9:00 a.m. in Courtroom 2303,** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Judgment by Default.

                                   By: /s/: Michael J.McGuire
                                        MICHAEL J. MCGUIRE

Gregorio & Associates
Attorneys for the Plaintiffs
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

STATE OF ILLINOIS)
                 ) SS
COUNTY OF COOK )

Janine Ricker, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion for Judgment by Default by depositing in the U.S. mail at 2 North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addressed to the person to whom said Notice is directed on the 22nd day of August, 2008.

Mr. Richard W. Urban
Urban Tile and Carpet Corp.
60 S. Will Road
Diamond, IL 60416

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements      set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

By: /s/:  Janine E. Ricker