

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2557 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Chicago Tile vs. Urban Tile | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's motion for a default judgment is granted. (9-1) Enter Judgment order. IT is ordered that judgment is entered in favor of the Plaintiff and against the Defendant, Urban Tile and Carpet Corp. in the sum of $1,778.75.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:5

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 AUG 33 PM 3: 13
FILED