IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO TILE INSTITUTE WELFARE PLAN, and CHICAGO TILE INSTITUTE PENSION PLAN | ) ) ) ) |
| Plaintiffs, | ) 08 CV 2557 ) Judge Shadur |
| v. | ) ) |
| URBAN TILE AND CARPET CORP. | ) ) |
| Defendant. | ) |

### *Judgment Order*

WHEREAS, the Plaintiffs filed their complaint on May 6, 2008 and the Defendant was personally served with copies of Complaint and Summons; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY ORDERD, ADJUDGED AND DECREED the Judgment is entered on behalf of the Plaintiffs and against the Defendant, URBAN TILE AND CARPET CORP. in the sum of $1,778.75 representing the following amounts:

Attorney Fees and Costs _____ $1,778.75

**Grand Total**...............................................................................$1,778.75

ENTERED:

_____
HON. MILTON I. SHADUR

DATE: Sept. 2, 2008

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343